# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARLON LORENZO BROWN,<br><br>　　Plaintiff<br><br>v.<br><br>SGT TROMBA,<br><br>　　Defendant | Case No.: 2:17-cv-02396-APG-PAL<br><br>**Order Accepting Findings and Recommendation and Dismissing Case**<br><br>[ECF Nos. 22, 23, 26] |

On February 7, 2019, Magistrate Judge Leen entered her Report of Findings and Recommendation recommending dismissal of the plaintiff Marlon Brown's Second Amended Complaint without prejudice. ECF No. 22. Brown filed what he titled an objection but did not point out any grounds upon which to reject Judge Leen's recommendation. ECF No. 23. Brown also requested that I stay this case so he could pursue state court remedies. *Id.* Brown also filed a proposed Third Amended Complaint. ECF No. 26.

Although Brown has not properly objected to Magistrate Judge Leen's recommendation, I have conducted a de novo review of the issues set forth in her Report under Local Rule IB 3-2. Judge Leen's Report of Findings and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own. Therefore, I will dismiss the Complaint. In addition, I deny Brown's motion to file a Third Amended Complaint.

IT IS HEREBY ORDERED that the Report of Findings and Recommendation (ECF No. 22) is accepted, Brown's objection and motion to stay (ECF No. 23) is denied, and the plaintiff's Second Amended Complaint is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Brown's motion to file a Third Amended Complaint (ECF No. 26) is denied.

IT IS FURTHER ORDERED that the clerk of the court shall enter Judgment accordingly and close this case.

DATED this 22nd day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE