LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants
Las Vegas Metropolitan Police Department
and Dante Tromba*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARLON LORENZO BROWN, | Case No.:   2:17-cv-02396-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO STAY DISCOVERY** |
| DANTE TROMBA, *et al.*, | |
| Defendants. | |

Las Vegas Metropolitan Police Department and Dante Tromba ("LVMPD Defendants"), Clark County, Clark County District Attorney ("DA Defendants), and Marlon Lorenzo Brown ("Plaintiff"), hereby stipulate as follows:

1) Discovery shall be stayed pending ruling on the LVMPD Defendants' Motion to Dismiss, [ECF No. 67], subject to potential lifting of the stay upon terms and conditions that the parties and the court deem just;

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2769210_1.docx   6943.223

Page 1 of 3

2) The discovery stay shall include all discovery previously served, and not yet due, which is as follows:

    a) Plaintiff's First Set Of Requests For Production Of Documents To Defendant LVMPD;

    b) Plaintiff's First Set Of Interrogatories To Defendant LVMPD;

    c) Plaintiff's First Set Of Requests Admissions to Defendant LVMPD;

    d) Plaintiff's First Set Of Interrogatories To Defendant Dante Tromba;

    e) Plaintiff's First Set Of Requests For Production Of Documents To Defendant Dante Tromba;

    f) Plaintiff's First Set Of Requests for Admissions To Defendant Dante Tromba;

    g) Plaintiff's First Set Of Requests For Production Of Documents To Defendant Clark County;

    h) Plaintiff's First Set Of Interrogatories To Defendant Clark County; and

    i) Plaintiff's First Set of Requests for Admissions to Defendant Clark County.

3) The parties agree that responses to the discovery stated herein will be made within fourteen (14) days of the Court's ruling on any applicable Motion to Dismiss; if necessary.

4) The parties will submit a new proposed Discovery Plan to the Court within fourteen (14) days of the Court's ruling on the last filed Motion to Dismiss and the stay will be lifted. The new discovery plan will include extended deadlines of the deadline to amend pleadings, designate experts, conduct discovery, and file dispositive motions.

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2769210_1.docx  6943.223

Page 2 of 3

5) Upon approval of this Stipulation by the Court, the Motion to Stay Discovery filed by the LVMPD Defendants at ECF No. 70 is withdrawn as it is moot.

DATED this 12th day of March, 2021.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendants Las Vegas Metropolitan Police Department and Dante Tromba*

CLARK COUNTY DISTRICT ATTORNEY'S OFFICE

By: /s/ Jeffrey Rogan
JEFFREY ROGAN
Nevada Bar No. 10734
200 Lewis Ave., 9th Floor
Box 552212
Las Vegas, NV 89155

*Attorneys for Defendants Clark County District Attorney's Office; Clark County, Nevada; and Steve Wolfson*

MCAVOY AMAYA & REVERO

By: /s/ Michael J. McAvoy-Amaya
MICHAEL J. McAVOYAMAYA
Nevada Bar No. 14082
TIMOTHY E. REVERO
Nevada Bar No. 14603
400 S. 4th St., Ste. 500
Las Vegas, NV 89101

*Attorneys for Plaintiff*

ORDER

**IT IS SO ORDERED**

**DATED:** 3:13 pm, March 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**