LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*and Dante Tromba*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLON LORENZO BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> DANTE TROMBA, *et al.*, <br><br> Defendants. | Case No.: 2:17-cv-02396-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSE TO PLAINTIFF'S FIFTH MOTION TO AMEND [ECF No. 86]** <br><br> **(First Request)** |

Las Vegas Metropolitan Police Department and Dante Tromba ("LVMPD Defendants"), Clark County, Clark County District Attorney ("DA Defendants"), and Plaintiff Marlon Lorenzo Brown ("Plaintiff"), hereby agree and stipulate to extend the deadline to file responses to Plaintiff's Fifth Motion to Amend the Complaint, (ECF No. 86). The current deadline to file a response is June 18, 2021. The parties agree and stipulate to extend this deadline for an additional fourteen (14) days, until July 2, 2021. The extension is supported by good cause as

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2847266_1 6943.223

Page 1 of 2

Defendants' counsel requires additional time to prepare the responses.

The requested extension is timely pursuant to Local Rule IA 6-1 and 6-2. The extension will not prejudice any party. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 17th day of June, 2021.

KAEMPFER CROWELL

By: */s/ Lyssa A. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendants*
*Las Vegas Metropolitan Police*
*Department and Dante Tromba*

CLARK COUNTY DISTRICT ATTORNEY'S OFFICE

By: */s/ Jeffrey Rogan*
JEFFREY ROGAN
Nevada Bar No. 10734
200 Lewis Ave., 9th Floor
Box 552212
Las Vegas, NV 89155

*Attorneys for Defendants*
*Clark County District Attorney's*
*Office; Clark County, Nevada;*
*and Steve Wolfson*

McAVOY AMAYA & REVERO

By: */s/ Michael J. McAvoyamaya*
MICHAEL J. McAVOYAMAYA
Nevada Bar No. 14082
TIMOTHY E. REVERO
Nevada Bar No. 14603
400 S. 4th St., Ste. 500
Las Vegas, NV 89101

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this 21st day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2847266_1 6943.223

Page 2 of 2