STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **JEFFREY S. ROGAN**
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy. 5th Flr.
Las Vegas, Nevada  89155-2215
Telephone: (702) 455-4761
Fax: (702) 382-5178
E-Mail: Jeffrey.Rogan@ClarkCountyDA.com
Attorneys for Defendants Clark County,
the Clark County District Attorney's Office,
and Steve Wolfson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marlon Lorenzo Brown,<br><br>         Plaintiff,<br><br>     vs.<br><br>City Of Las Vegas, Nevada; Las Vegas Metropolitan Police Department (LVMPD); Clark County; Clark County District Attorney's Office; Steve WOLFSON; Danae Adams; Bruce Nelson; Joseph Lombardo; Dante Tromba; Does and Roes 1-20,<br><br>         Defendants. | Case No: 2:17-cv-02396-APG-BNW<br><br>**STIPULATION TO DISMISS CERTAIN COUNTY DEFENDANTS** |

Defendants Clark County, the Clark County District Attorney's Office, and Clark County District Attorney Steve Wolfson (the "County Defendants"), represented by Steven B. Wolfson, District Attorney, through Jeffrey S. Rogan, Deputy District Attorney, and Marlon Lorenzo Brown ("Plaintiff"), represented by Michael J. McAvoy-Amaya of McAvoy-Amaya & Revero, Attorneys, hereby stipulate to the following:

A. The following defendants shall be dismissed from this matter with prejudice:

   1) The Clark County District Attorney's Office shall be dismissed because it is a non-suable entity.

2) Defendant-prosecutor Danae Adams shall be dismissed because she is immune from all claims against her due to absolute prosecutorial immunity.

3) Defendant-prosecutor Bruce Nelson[1] shall be dismissed because he is immune from all claims against him due to absolute prosecutorial immunity.

4) Defendant Steven B. Wolfson, the Clark County District Attorney, shall be dismissed in his individual capacity from all claims because he is immune from such claims in his individual capacity due to absolute prosecutorial immunity. Defendant Wolfson shall remain a defendant in his official capacity only as to Count 3 (Intentional Infliction of Emotional Distress) and Count 5 (Negligent Hiring, Training, Supervision and Retention).[2]

B. The following table shall represent all claims against the remaining County Defendants:

| Count | Claim | Remaining County Defendant(s) |
|---|---|---|
| 1 | § 1983 – 4th Amendment | Clark County |
| 2 | § 1983 – 14th Amendment | Clark County |
| 3 | Intentional Infliction of Emotional Distress | Clark County; Steven B. Wolfson in his official capacity |
| 4 | § 1983 – *Monell* claim | Clark County |
| 5 | Negligent Hiring, Training, Supervision and Retention | Clark County; Steven B. Wolfson in his official capacity |

C. Subsequent to the filing and acceptance of this Stipulation, the remaining County Defendants, Clark County and Steven B. Wolfson, shall be free to file a Motion to Dismiss the remaining claims and/or defendants.

---

[1] For the sole purpose of effectuating the dismissal of all claims against Defendant-prosecutors Danae Adams and Bruce Nelson, who have not been served with the Summons and Complaint in this matter, the Clark County District Attorney's Office makes a special appearance on their behalf.

[2] County Defendants dispute that Defendant Wolfson may be subjected to a Nevada tort claim in his official capacity.

D. This Stipulation shall not be interpreted nor construed (a) to prohibit the remaining County Defendants, Clark County and Steven B. Wolfson, from filing a Motion to Dismiss the remaining claims; (b) to indicate that the claims against the remaining County Defendants are meritorious; or (c) as consent to amend the operative Third Amended Complaint to add additional parties or amend existing claims.

E. To the extent that any County Defendant has not been served with the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure, this Stipulation does not serve as a waiver of service nor forfeiture of any personal jurisdiction defense that may be raised by such Defendant(s).

DATED this 15th day of July, 2022.

| CLARK COUNTY | MCAVOY AMAYA & REVERO |
|---|---|
| By: *s/ Jeffrey S. Rogan*<br>JEFFREY S. ROGAN<br>Deputy District Attorney<br>Nevada Bar No. 010734<br>500 South Grand Central Pkwy.<br>Las Vegas, Nevada 89155-2215<br>***Attorney for Defendants Clark County, the Clark County District Attorney's Office, and Steve Wolfson*** | By: *s/ Michael J. MacAvoy Amaya*<br>MICHAEL J. McAVOY AMAYA<br>Nevada Bar No. 14082<br>TIMOTHY E. REVERO<br>Nevada Bar No. 14603<br>400 S. 4th St., Ste. 500<br>Las Vegas, NV 89101<br>***Attorneys for Plaintiff*** |

**IT IS SO ORDERED.**

Dated this __18th__ day of July, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE