STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **JEFFREY S. ROGAN**
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy. 5th Flr.
Las Vegas, Nevada  89155-2215
Telephone: (702) 455-4761
Fax: (702) 382-5178
E-Mail:  Jeffrey.Rogan@ClarkCountyDA.com
Attorneys for Defendants Clark County,
the Clark County District Attorney's Office,
and Steve Wolfson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marlon Lorenzo Brown, | ) |
| Plaintiff, | ) Case No: 2:17-cv-02396-APG-BNW |
| vs. | ) |
| City Of Las Vegas, Nevada; Las Vegas Metropolitan Police Department (LVMPD); Clark County; Clark County District Attorney's Office; Steve WOLFSON; Danae Adams; Bruce Nelson; Joseph Lombardo; Dante Tromba; Does and Roes 1-20, | ) **STIPULATION TO STAY DISCOVERY** |
| Defendants. | ) |

Defendants Clark County, the Clark County District Attorney's Office, and Clark County District Attorney Steve Wolfson (the "County Defendants"); the Las Vegas Metropolitan Police Department and Dante Trombe ("LVMPD Defendants"); and Marlon Lorenzo Brown ("Plaintiff"), hereby stipulate as follows:

1) Discovery shall be stayed pending ruling on the County Defendants' and LVMPD Defendants' Motions to Dismiss, [ECF Nos. 101 and 105], subject to potential lifting of the stay upon terms and conditions that the parties and the court deem just;

2) A stay is necessary because these pending Motions involve issues of immunity and adequacy of pleading allegations, and resolution of these Motions does not require further

discovery. *Pilger v. Mosley*, No. 2:18-cv-00854-JAD-PAL, 2018 WL 5268605, at \*2 (D. Nev. Oct. 23, 2018) ("The Supreme Court has squarely held that until the threshold issue of immunity is resolved, discovery should not proceed."). A stay of discovery at this time will align with Federal Rule of Civil Procedure 1, which declares that the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

3) The discovery stay shall include all discovery previously served but for which no response has been made;

4) The parties agree that any responses to any outstanding discovery will be made within fourteen (14) days of the Court's ruling on any applicable Motion to Dismiss; if necessary.

5) The parties will submit a new proposed Discovery Plan to the Court within fourteen (14) days of the Court's ruling on the last filed Motion to Dismiss and the stay will be lifted. The new discovery plan will include extended deadlines to designate experts, conduct discovery, and file dispositive motions.

DATED this 15th day of July, 2022.

**KAEMPFER CROWELL**

By:   *s/ Kristopher J. Kalkowski*
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendants*
*Las Vegas Metropolitan Police*
*Department and Dante Tromba*

**CLARK COUNTY**

By:   */s Jeffrey S. Rogan*
JEFFREY S. ROGAN
Deputy District Attorney
Nevada Bar No. 010734
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
*Attorney for Defendants Clark*
*County, the Clark County District*
*Attorney's Office, and Steve*
*Wolfson*

**MCAVOY AMAYA & REVERO**

By:   *s/ Michael J. McAvoy-Amaya*
MICHAEL J. McAVOY-AMAYA
Nevada Bar No. 14082
TIMOTHY E. REVERO
Nevada Bar No. 14603
400 S. 4th St., Ste. 500
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 3:56 pm, July 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**