LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*and Dante Tromba*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARLON LORENZO BROWN, <br><br>　　　　Plaintiff, <br>vs. <br><br>DANTE TROMBA, *et al.*, <br><br>　　　　Defendants. | Case No.: 2:17-cv-02396-APG-BNW <br><br>**STIPULATION TO STAY DISCOVERY** |
| MARLON BROWN <br><br>　　　　Plaintiff, <br>vs. <br><br>SGT. TROMBA and LAS VEGAS METROPOLITAN POLICE DEPARTMENT, <br><br>　　　　Defendants. | Consolidated Case No.: 2:19-cv-01350-APG-BNW |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Dante Tromba (collectively, "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Marlon Lorenzo Brown ("Plaintiff"), by and through his counsel, McAvoy Amaya & Revero,

hereby stipulate as follows:

1. Discovery shall be stayed until the Court rules on LVMPD Defendants' Motion to Dismiss, (ECF No. 116), subject to lifting of the stay if the case is not dismissed;

2. A stay is necessary because the pending Motion involves issues of immunity and adequacy of pleading allegations, and resolution of the Motion does not require discovery. *Pilger v. Mosley*, No. 2:18-cv-00854-JAD-PAL, 2018 WL 5268605, at *2 (D. Nev. Oct. 23, 2018) ("The Supreme Court has squarely held that until the threshold issue of immunity is resolved, discovery should not proceed."). A stay of discovery at this time will align with Fed. R. Civ. Proc. 1, which declares that the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

3. From this same basis, the Court previously granted the parties' Stipulation to Stay Discovery. (Order, ECF No. 108);

4. The discovery stay shall include all discovery previously served but for which no response has been made;

5. The parties agree that any responses to any outstanding discovery will be made within fourteen (14) days of the Court's ruling on the Motion to Dismiss; if necessary;

6. The parties will submit a new proposed Discovery Plan to the Court within fourteen (14) days of the Court's ruling on the Motion to Dismiss and the stay will be lifted. The new discovery plan will include extended deadlines to designate experts, conduct

/ / /

/ / /

/ / /

/ / /

1 | discovery, and file dispositive motions.

2 | DATED this 23rd day of December, 2022.

3 | KAEMPFER CROWELL                    McAvoy Amaya & Revero

4

5 | By:   /s/ Lyssa S. Anderson          By:   /s/ Michael J. Mcavoyamaya
     LYSSA S. ANDERSON                    MICHAEL J. McAVOYAMAYA
     Nevada Bar No. 5781                  Nevada Bar No. 14082
6 | KRISTOPHER J. KALKOWSKI              TIMOTHY E. REVERO
     Nevada Bar No. 14892                 Nevada Bar No. 14603
7 | 1980 Festival Plaza Drive            1100 E. Bridger Ave.
     Suite 650                            Las Vegas, NV  89101
     Las Vegas, Nevada 89135
8 | **Attorneys for Defendants**
     **Las Vegas Metropolitan Police**    **Attorneys for Plaintiff**
9 | **Department and Dante Tromba**

10

11 | **IT IS SO ORDERED.**

12 | DATED this 27th day of December, 2022.

13

14 | _____
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24