LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*and Dante Tromba*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLON LORENZO BROWN ,<br><br>                   Plaintiff,<br>vs.<br><br>DANTE TROMBA, *et al.*,<br><br>                   Defendants. | Case No.:   2:17-cv-02396-APG-BNW<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF LVMPD DEFENDANTS' MOTION TO DISMISS**<br>**[ECF No. 116]**<br><br>**(First Request)** |

        Defendants Las Vegas Metropolitan Police Department and Dante Tromba (collectively "LVMPD Defendants") and Plaintiff Marlon Lorenzo Brown, through their counsel, agree and stipulate to extend the deadline to file a Reply in support of LVMPD Defendants' Motion to Dismiss, (ECF No. 116).  The current deadline to file a Reply is January 13, 2023.  The parties agree and stipulate to extend this deadline by seven days, to Friday, January 20, 2023.  The requested extension is timely pursuant to Local Rule IA 6-1 and 6-2.  The extension is supported by good cause as LVMPD Defendants' counsel requires additional time to accurately prepare arguments in support of dismissal and address all grounds raised in Plaintiff's Response, (ECF

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3332121_1.docx  6943.223

Page 1 of 2

1   No. 119).  This one-week extension will not prejudice any party.  The parties are not delaying the

2   conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.  The

3   purpose of this extension is to ensure that the Court has accurate and thorough briefing before

4   making a decision.

5           Dated this 13th day of January, 2023.

6   KAEMPFER CROWELL                              MCAVOY AMAYA & REVERO

7

8   By:    /s/ Lyssa S. Anderson                  By:    /s/ Michael J. McAvoyAmaya
           LYSSA S. ANDERSON                             MICHAEL J. McAVOYAMAYA
           Nevada Bar No. 5781                           Nevada Bar No. 14082
9          KRISTOPHER J. KALKOWSKI                       TIMOTHY E. REVERO
           Nevada Bar No. 14892                          Nevada Bar No. 14603
           1980 Festival Plaza Drive                     1100 E. Bridger Ave.
10         Suite 650                                     Las Vegas, NV  89101
           Las Vegas, Nevada 89135
11         *Attorneys for Defendants*                    *Attorneys for Plaintiff*
           *Las Vegas Metropolitan Police*
12         *Department and Dante Tromba*

13

14                                                IT IS SO ORDERED.

15                                                DATED this 17th day of January, 2023.

16

17                                                _____

18                                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3332121_1.docx  6943.223

Page 2 of 2