# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARLON LORENZO BROWN,<br><br>    Plaintiff<br><br>v.<br><br>DONTE TROMBA, et al.,<br><br>    Defendants | Case No.: 2:17-cv-02396-APG-BNW<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 148, 159] |

Magistrate Judge Weksler recommends that I deny plaintiff Marlon Brown's motion to file a fifth amended complaint. ECF No. 159. Brown objects to that recommendation. ECF No. 161.

I have conducted a de novo review of the issues set forth in Judge Weksler's Report and Recommendation under Local Rule IB 3-2. Brown's objections do not rebut Judge Weksler's findings or conclusions or offer sufficient reasons why I should not accept her recommendation. Judge Weksler has set forth the proper legal analyses and factual bases for the decision, and I accept and adopt her Report and Recommendation as my own.

I THEREFORE ORDER that the Report and Recommendation (ECF No. 159) is accepted, and Brown's motion for leave to amend (ECF No. 148 is denied).

DATED this 18th day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE