UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARLON LORENZO BROWN,<br><br>    Plaintiff<br><br>v.<br><br>DANTE TROMBA, et al.,<br><br>    Defendants | Case No.: 2:17-cv-02396-APG-BNW<br><br>**Order Granting Motion to Seal**<br><br>[ECF No. 203] |

I ORDER that plaintiff Marlon Brown's motion to seal (ECF No. 203) is GRANTED.

I FURTHER ORDER the clerk of court to seal ECF No. 151 because it contains personal identifiers. *See* LR IC 6-1.

DATED this 5th day of June, 2025.

                                        ANDREW P. GORDON
                                        CHIEF UNITED STATES DISTRICT JUDGE